# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

No. 18-2146       Short Title:

**Type of Action**

- [ ] Civil
- [✓] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 10/31/2018
   2. Date this notice of appeal filed 11/06/2018
      If cross appeal, date first notice of appeal filed N/A
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
   4. Date of entry of order deciding above post-judgment motion N/A
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
      Time extended to N/A

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes   [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [✓] Yes   [ ] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes   [✓] No
         If yes, explain _____

C. Has this case previously been appealed? [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party UNITED STATES OF AMERICA
      Attorney KELLY ZENON-MATOS
      Address Suite 1201 Torre Chardon, 350 Chardon Ave, San Juan PR 00918
      Telephone 787-766-5656

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Carlos J. Guzman-Merced, Inmate 50287-069
      Address USP CANAAN, 3057 Eric J. Williams Memorial Drive, Waymart, PA 18472
      Telephone 570-488-8000

      Attorney's name Alex Omar Rosa-Ambert
      Firm Sanchez, Gonzalez, Matos & Rosa PSC
      Address Suite 1207, MCS Plaza, 255 Ponce de Leon Ave, San Juan, PR 00917
      Telephone 787-422-9822

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature   S/ Alex Omar Rosa-Ambert, USCA1 #118401
Date   1/16/19

[Print]   [Reset]